[No. 30551-4-I.   Division One.   September 7, 1993.]

CHARLES HILL, ET AL, *Appellants*, v. FARMERS INSURANCE GROUP OF COMPANIES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-01901-9, Stuart C. French, J., entered March 19, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Agid, JJ.

[Nos. 29497-1-I; 31353-3-I.   Division One.   September 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY WAYNE ERICKSON, *Appellant.*

*In the Matter of the Personal Restraint of* JEFFREY WAYNE ERICKSON, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-01955-6, James A. Noe, J., entered September 17, 1991, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Scholfield, J., concurred in by Coleman and Grosse, JJ.

[No. 31544-7-I.   Division One.   September 7, 1993.]

REED GONSALVES, ET AL, *Respondents*, v. EVELYN CLEVISH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 92-2-01193-8, John F. Wilson, J., entered September 30, 1992. *Affirmed* by unpublished per curiam opinion.